**Deny Writ and Opinion Filed August 22, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00857-CV**

**IN RE NORTH DALLAS FORNEY INVESTORS, L.L.C., ET AL., Relators**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09384**

**MEMORANDUM OPINION**

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Bridges

Relators contend the trial judge erred by granting a motion to consolidate two cases. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

130857F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE